David L. Skelton, Trustee  State Bar No. 96250
Rebecca E. Pennington  State Bar No. 174488
Richard L. Stevenson  State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
525 B Street, Suite 1430
San Diego, CA 92101
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re:

HENDRIK EDGAR VANBRUNDT

Debtor.

Case No. 09-11616-PB13

NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PAYMENTS UNDER THE PLAN

**TO THE HEREIN NAMED CREDITOR, DEBTOR, AND DEBTOR'S COUNSEL:**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Trustee files Notice that the amount required to cure the default in the below claim has been paid in full and that Debtor has completed all payments under the confirmed Chapter 13 Plan.

    Creditor Name:  AMERICAS SERVICING COMPANY

    Court Claim No:  004

    Account No:  4587

    Amount of Allowed Pre-Petition Arrears:  $40,848.07

    Principal Paid by Trustee:  $40,848.07

    Interest Paid by Trustee:  $0.00

Monthly ongoing mortgage payments are paid directly by Debtor.

Within 21 days of the service of this Notice, the creditor must file and serve Debtor, Debtor's counsel, and the Trustee pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether, consistent with §1322(b)(5), Debtor is otherwise current on all payments, or be subject to further action of the court including possible sanctions.

Date: March 25, 2014

                                                             /s/ David L. Skelton
                                                              Chapter 13 Trustee

David L. Skelton, Trustee  State Bar No. 96250
Rebecca E. Pennington  State Bar No. 174488
Richard L. Stevenson  State Bar No. 239705
**OFFICE OF THE CHAPTER 13 TRUSTEE**
525 B Street, Suite 1430
San Diego, CA 92101
Telephone (619) 338-4006
Facsimile (619) 239-5242

UNITED STATES BANKRUPTCY COURT
Southern District of California

In re:

HENDRIK EDGAR VANBRUNDT

Debtor.

Case No. 09-11616-PB13

CERTIFICATE OF SERVICE

I certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I served a copy of the following documents (described below):

**Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan**

[XXX] Mail Service - Regular, First Class United States Mail, postage fully pre-paid, addressed to:

HENDRIK EDGAR VANBRUNDT
2164 ROSECRANS STREET
SAN DIEGO, CA 92106


JOHN F BRADY  #63900
1940 5TH AVE STE 202
SAN DIEGO, CA 92101-2364


AMERICAS SERVICING COMPANY
ATTN: PYMT PROC. MAC #X2302-04C
1 HOME CAMPUS
DES MOINES, IA 50328


Under penalty of perjury, I declare that the foregoing is true and correct.

DATE: March 25, 2014

/s/ Bonnie Ahrens
Clerk for the office of
David Skelton, Trustee
525 B Street, Suite 1430
San Diego, CA  92101